**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDAÑA,<br><br>    Plaintiff,<br><br>  v.<br><br>S. WALSH,<br><br>    Defendants.<br>_____ | No. C 09-1288 MMC (PR)<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 12)** |

    GOOD CAUSE APPEARING, defendant's request for an extension of time to file a summary judgment or other dispositive motion is hereby GRANTED. Defendant shall file such motion no later than **March 15, 2010**. Within **thirty** days of the date the motion is filed, plaintiff shall file with the Court and serve on defendant's counsel opposition thereto. Defendant <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

    This order terminates Docket No. 12.

    IT IS SO ORDERED.

DATED: January 5, 2010

    _____
    MAXINE M. CHESNEY
    United States District Judge